

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00031-CR

Tammie Len **JOLLIFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2211-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 14, 2018.

_____
Karen Angelini, Justice